IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA | Case No. 1:CR-10-86-BLW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| STEPHEN HORNE BUHLER | |
| Defendants. | |

Trial in this case is presently set for December 6, 2010. The defendant has filed a motion to suppress, the briefing on which will not be completed until mid-December if the response deadlines are followed. The Court will need time to read those briefs and review the arguments to resolve the motion. The motion must be decided before trial. *See United States v. Vo*, 413 F.3d 824 (9th Cir. 2005). The Court will not be able to decide the motion prior to December 6, 2010, and so will move the trial to that date.

Under *Vo*, the period of delay between the filing of the motion to dismiss and the Court's resolution within a reasonable time is excludable time under 18 U.S.C. § 3161(h)(1)(D). Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the trial date of December 6, 2010, be VACATED, and that a new trial date be set for **January 24, 2011, at 1:30 p.m.** in the Federal Courthouse in Boise, Idaho.

**Order - 1**

IT IS FURTHER ORDERED, that the pretrial conference shall be held on January 13, 2011, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that the Defendant shall file all pretrial motions on or before December 17, 2010.

IT IS FURTHER ORDERED, that an evidentiary hearing on the motion to suppress (docket no. 16) shall be held on January 10, 2011 at 8:30 a.m. in the Federal Courthouse in Boise Idaho.

IT IS FURTHER ORDERED, that the period of time between the filing date of the motion to suppress (docket no. 16) and the resolution of the motion within a reasonable time is excludable time under 18 U.S.C. § 3161(h)(1)(D).

DATED: **November 17, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 2**