IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **STEPHEN HORNE BUHLER,** ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:10-CR-086-BLW <br><br> **ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION** |

The Court has before it defendant's motion for early termination of his probation, pursuant to 18 U.S.C. § 3564(c). [Docket No. 38]. Mr. Buhler was sentenced on April 22, 2011 in the District of Idaho to a term of 36 months probation. The Court has been advised that the defendant has successfully completed close to thirty-one months of that term. His supervising probation officer has indicated she does not oppose the defendant's request for termination of further supervision.

For the reasons set forth in the defendant's motion, the Court finds good cause for the request for early termination. Accordingly,

**NOW THEREFORE IT IS HEREBY ORDERED** that defendant's motion

Order -- Page 1

for early termination of probation [Dk No. 38] is **GRANTED.**  The defendant is **HEREBY RELEASED** from further supervision by U.S. Probation and shall be deemed to have satisfied his sentence in this case.

    This order shall be forwarded to U.S. Probation and to counsel.

DATED:  **December 9, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court